PROOF OF SERVICE BY MAIL

(C.C.P. §§1013(A), 2015.5)

STATE OF CALIFORNIA )
                    )
COUNTY OF MONTEREY  )

CV 08    2651

I, Daniel Richards, am a resident of the State of California, County of Monterey. I am over 18 years of age and I am a party to the within action. My residence address if P.O. Box 689, Soledad, California, 93960-0689.

On February 8, 2008, I served the foregoing PETITION FOR REVIEW on the parties listed below by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid in the United States Mail at Soledad, California, addresssed as follows:

CALIFORNIA STATE COURT OF APPEALS
SECOND APPELLATE DISTRICT
300 S.Spring St.
Fl.2, N.Tower
Los Angeles, CA.
90013-1213

STATE ATTORNEY GENERAL
P.O. Box 944255
Sacramento, CA.
94244

CALIFORNIA SUPREME COURT
San Francisco Office
350 McAllister St.
San Francisco, CA
94102-4797

There is regular delivery service by the U.S. Postal Service between the place of mailing and the places so addressed.
I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed this 8th day of February, 2007, at Soledad, California, 93960-0689.

_____
Daniel Richards, E-00575
P.O. Box 689
East Dorm 8-Up
Soledad, CA. 93960-0689