UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

FILED
08 MAY 27 PM 3:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Daniel Richards,
    Petitioner,
    v.
Ben Curry,
    Respondent.
_____/

CV 08 2651

Case No. _____.

PROOF OF SERVICE   MHP

(PR)

    I hereby certify that on May 18, 2008, I placed a copy of the attached PETITION FOR WRIT OF HABEAS CORPUS by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Soledad, California, 93960-0689.

        Yvette Arias
        2458 Thomas St.
        Los Angeles, CA.
        90031

    I declare under penalty of perjury that the foregoing is true and correct.

*Daniel Richards*
Daniel Richards, E-00575
Petitioner in Pro Se